IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1492-ZLW-PAC

PROTOCOLS, LLC a/k/a MEDICAL SETTLEMENT PROTOCOLS, LLC, and
SAGRILLO HAMMOND DINEEN & POSKUS, LLC,

    Plaintiffs,

v.

MICHAEL LEAVITT, IN HIS CAPACITY AS THE SECRETARY OF THE DEPARTMENT
OF HEALTH AND HUMAN SERVICES, and
DR. MARK B. McCLELLAN, ADMINISTRATOR OF THE CENTERS FOR MEDICARE
AND MEDICAID SERVICES,

    Defendants.
_____

ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this  11  day of August, 2005.

                                  BY THE COURT

                                  S/ Zita L. Weinshienk
                                  ZITA L. WEINSHIENK, Senior Judge
                                  United States District Court