IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01492-WYD-PAC

PROTOCOLS, LLC, a/k/a MEDICAL SETTLEMENT PROTOCOLS, LLC; and
SAGRILLO HAMMOND DINEEN & POSKUS, LLC,

      Plaintiffs,

v.

MICHAEL LEAVITT, IN HIS CAPACITY AS THE SECRETARY OF THE DEPARTMENT
OF HEALTH AND HUMAN SERVICES; and
DR. MARK B. McCLELLAN, IN HIS CAPACITY AS ADMINISTRATOR OF THE
CENTERS FOR MEDICARE AND MEDICAID SERVICES,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant's Motion to Dismiss filed October 11, 2005, is **STRICKEN** with leave to refile within ten (10) days from the date of this Order in compliance with this Court's Hearing, Conference and Trial Procedures.  The motion exceeds the page limits established in Section II of the Procedures.

Dated:  October 17, 2005

                                    s\ Sharon Shahidi
                                    Law Clerk to
                                    Wiley Y. Daniel
                                    U.S. District Court