IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01492-WYD-PAC

PROTOCOLS, LLC, a/k/a MEDICAL SETTLEMENT PROTOCOLS, LLC; and
SAGRILLO HAMMOND DINEEN & POSKUS, LLC,

      Plaintiffs,

v.

MICHAEL LEAVITT, IN HIS CAPACITY AS THE SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; and
DR. MARK B. McCLELLAN, IN HIS CAPACITY AS ADMINISTRATOR OF THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Motion for Leave to File a Surreply or for Oral Argument on Defendants' Motion to Dismiss filed December 2, 2005, is **GRANTED IN PART AND DENIED IN PART**.  The motion is granted as to the request to file a surreply, which shall be filed by **Wednesday, December 14, 2005.**  The motion is denied as to the request for oral argument on Defendants' Motion to Dismiss.

      I also note that Plaintiffs did not confer with opposing counsel in connection with their motion "since granting this Motion is in the discretion of the Court and due to the urgency of the request."  Pls.' Mot. at 2.  These stated reasons do not, however, excuse the duty to confer.  Any further motions by Plaintiffs will be stricken if they do not indicate that Plaintiffs conferred with opposing counsel as required by D.C.COLO.LCivR 7.1A.

      Dated:  December 2, 2005

                                    s\ Sharon Shahidi
                                    Law Clerk to
                                    Wiley Y. Daniel
                                    U.S. District Court