IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01492-WYD-PAC

PROTOCOLS, LLC, a/k/a MEDICAL SETTLEMENT PROTOCOLS, LLC; and
SAGRILLO HAMMOND DINEEN & POSKUS, LLC,

    Plaintiffs,

v.

MICHAEL LEAVITT, IN HIS CAPACITY AS THE SECRETARY OF THE DEPARTMENT
OF HEALTH AND HUMAN SERVICES; and
DR. MARK B. McCLELLAN, IN HIS CAPACITY AS ADMINISTRATOR OF THE
CENTERS FOR MEDICARE AND MEDICAID SERVICES,

    Defendants.

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)

Pursuant to D.C.COLO.LCivR 72.2, the Court was notified by the parties and Magistrate Judge Coan of their unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised in the premises, it is

ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Coan; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated: February 23, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge