IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01492-BNB-PAC

PROTOCOLS, LLC d/b/a MEDICAL SETTLEMENT PROTOCOLS, LLC, and
SAGRILLO HAMMOND DINEEN & KASTETTER, LLC.,

Plaintiffs,

v.

MICHAEL O. LEAVITT, in his capacity as the Secretary of the Department of Health and Human Services, and
DR. MARK B. MCCLELLAN, in his capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 This matter is before the Court on the **Plaintiffs' Unopposed Motion to Change Case Caption** [docket no. 40, filed July 28, 2006] (the "Motion").

 IT IS ORDERED that the Motion is GRANTED and the caption, as set out above, is to be used on all future filings.


DATED:  August 1, 2006