IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01492-BNB-PAC

PROTOCOLS, LLC d/b/a MEDICAL SETTLEMENT PROTOCOLS, LLC, and
SAGRILLO HAMMOND DINEEN & KASTETTER, LLC.,

Plaintiffs,

v.

MICHAEL O. LEAVITT, in his capacity as the Secretary of the Department of Health and Human Services, and
DR. MARK B. MCCLELLAN, in his capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Status Conference** [docket no. 62, filed April 2, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Status Conference set for **April 13, 2009, at 1:30 p.m.**, will still go forward as previously set. The **Motion to Withdraw**, (docket no. 63), will be heard at that time. Representatives of plaintiff **MUST** attend **IN PERSON**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that plaintiffs' counsel is to mail a copy of this Order to plaintiffs' representatives and is to file a certificate of service showing this service with the Court.

DATED: April 3, 2009