IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 05-cv-01492-BNB-PAC | FTR BNB COURTROOM A-401 |
| **Date:** April 13, 2009 | Geneva D. Mattei, Deputy Clerk |

| | |
|---|---|
| PROTOCOLS, LLC, <br> also known as <br> Medical Settlement Protocols, LLC | Norman Mueller <br> Benjamin Kahn |
| SAGRILLO HAMMOND DINEEN & POSKUS, LLC, | Robert Sagrillo |
| Plaintiffs, | |
| v. | |
| MICHAEL LEAVITT, <br> in his capacity as the Secretary of the <br> Department of Health and Human Services <br> MARK B. MCCLELLAN <br> Administrator of the Centers for Medicare and <br> Medicaid Services | William Pharo |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:     1:35 p.m.

Court calls case.

Appearances of Counsel. Henry Kohnlein also present.

Discussion regarding the status of the case.

**ORDERED:**   The parties shall file new motions for summary judgment, if at all, on or before June 1, 2009. Responses are due on or before June 22, 2009 and replies July 12, 2009.

**ORDERED:   Motion to withdraw filed 4/2/09 Doc. [63] is granted as stated on the record.**

**ORDERED:   Oral motion to withdraw by Sagrillo, Kohnlein LLC is granted as stated on the record.**

Court in Recess:        1:49 p.m.        Hearing concluded     Total In-Court Time:  00:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.