IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01492-BNB-PAC

PROTOCOLS, LLC d/b/a MEDICAL SETTLEMENT PROTOCOLS, LLC, and
SAGRILLO HAMMOND DINEEN & KASTETTER, LLC.,

Plaintiffs,

v.

MICHAEL O. LEAVITT, in his capacity as the Secretary of the Department of Health and Human Services, and
DR. MARK B. MCCLELLAN, in his capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a status conference at which time I made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the **Motion to Withdraw** [Doc. # 63, filed 4/2/2009] is GRANTED and Benjamin A. Kahn, Jason B. Wesoky, and the law firm of Brownstein Hyatt Farber Schreck, P.C., are permitted to withdraw and are relieved of any further responsibility in the case.

IT IS FURTHER ORDERED that the oral motion to withdraw is GRANTED and Robert L. Satrillo, Henry M. Kohnlein, and the law firm of Sagrillo Kohnlein, LLC, are permitted to withdraw and are relieved of any further responsibility in the case.

IT IS FURTHER ORDERED that the parties shall file renewed motions for summary judgment, if at all, on or before **June 1, 2009**. Responses shall be filed on or before **June 22,**

**2009**, and replies shall be filed on or before **July 12, 2009**.

Dated April 13, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge